ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
California Bar No. 166730
Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-0460
Facsimile: (213) 894-7819
E-mail: Alarice.Medrano@usdoj.gov

Attorneys for Defendant,
Ray Mabus, Secretary of the Navy

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT R. SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>RAY MABUS, et al.,<br><br>Defendants. | No. LA CV10-08551 JAK (AJWx)<br><br>JUDGMENT FOR DEFENDANT<br><br>JS-6<br><br>[Before the Honorable John A. Kronstadt] |

Defendant's Motion for Summary Judgment, came on regularly for hearing on August 6, 2012, before the Honorable John A. Kronstadt, United States District Judge. The Court having considered the pleadings, evidence presented, memorandum of points and authorities and the oral argument at the time of the hearing, supplemental briefing submitted by the parties following the hearing and in accordance with the Findings of Fact and Conclusions of Law filed herein:

HEREBY ORDERS, ADJUDGES AND DECREES that judgment is entered in favor of Defendant on all causes of action.

DATED: January 29, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Alarice M. Medrano
ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendant, Ray Mabus, Secretary of the Navy